UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENDRICH THOMAS                                    CIVIL ACTION

VERSUS                                             NUMBER: 13-0154

BURL CAIN, WARDEN                                  SECTION: "F"(5)

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Kendrich Thomas, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 13th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE